THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE HUGHES, Appellant.—

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—rape, first degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS SANTIAGO, Appellant.—

Because a new trial is necessary on the burglary count of the indictment, we do not reach defendant's remaining contentions. (Appeal from judgment of Supreme Court, Monroe County, Scudder, J.—burglary, second degree.) Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.